IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: WORLD IMPORTS, LTD., : | |
| : | |
| Debtor. : | |
| _____ : | |
| FUJIAN ZHANGZHOU FOREIGN : | |
| TRADE CO., LTD., : | |
| : | CIVIL ACTION NO. 14-4920 |
| and, : | |
| : | |
| HAINING WANSHENG SOFA CO., : | BANKRUPTCY NO. 13-15929 |
| LTD., : | |
| : | |
| Appellants, : | |
| : | |
| v. : | |
| : | |
| WORLD IMPORTS, LTD., : | |
| : | |
| Appellee. : | |

**ORDER**

**AND NOW**, this _19th_ day of January, 2016, upon consideration of Appellants Fujian Zhangzhou Foreign Trade Co., Ltd. and Haining Wansheng Sofa Co., Ltd.'s Appeal of the Bankruptcy Court Decision (Doc. 1), and Appellee World Imports, Ltd.'s Brief in Opposition thereto (Doc. 4), **IT IS HEREBY ORDERED AND DECREED** that the Bankruptcy Court decision rendered by the Honorable Stephen Raslavich of the United States Bankruptcy Court for the Eastern District of Pennsylvania is **AFFIRMED**.

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, C.J.**