**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>WORLD IMPORTS, LTD,<br>      Debtor.<br>FUJIAN ZHANGZHOU FOREIGN TRADE CO., LTD., AND HAINING WANSHENG SOFA CO, LTD.,<br>      Appellants,<br>  -vs-<br>WORLD IMPORTS, LTD.,<br>      Appellee. | Civ. No.:  2:14-cv-04920-PBT<br><br>Chief Judge Petrese B. Tucker<br><br><br>Bankruptcy No. 13-15929 |

## STATUS REPORT

AND NOW, comes Haining Wansheng Sofa Co., Ltd. ("Haining") and Fujian Zhangzhou Foreign Trade Co., Ltd. ("Fujian" and with Haining, "Claimants") and together with World Imports, Ltd. ("Debtor"), submit this Status Report pursuant to this Honorable Court's Order dated August 9, 2017, as follows.

1. The Claimants and Debtor have reached an agreement that resolves the Claimants' objection to confirmation of the Debtor's plan of liquidation.

2. The resolution of Claimants' objection to confirmation of the plan of liquidation also resolves any further appeal of the Opinion and Order of the United States Court of Appeals for the Third Circuit entered in relation to Claimants' appeal of the decision entered by this Honorable Court the above-captioned matter.

3. Claimants and Debtor shall enter into a stipulation for approval by the United States Bankruptcy Court for the Eastern District of Pennsylvania.

4. Claimants and Debtor respectfully request that this Honorable Court authorize the parties to file a subsequent status report in approximately thirty (30) day to give Claimants and Debtor an opportunity to enter into, and seek approval from the Bankruptcy Court of, the stipulation resolving the above-captioned matter..

Wherefore, World Imports, Ltd., Fujian Zhangzhou Foreign Trade Co., Ltd., and Haining Wansheng Sofa Co., Ltd., respectfully submit the foregoing Status Report.

Dated: <u>September 8, 2017</u>

Respectfully submitted:
BERNSTEIN-BURKLEY, P.C.
By: <u>/s/ Daniel R. Schimizzi</u>
Daniel R. Schimizzi, Esq.
PA I.D.: 311869
dschimizzi@bernsteinlaw.com
Kirk B. Burkley, Esq.
PA I.D.: 89511
kburkley@bernsteinlaw.com
Suite 2200, Gulf Tower
Pittsburgh, PA 15219
(412) 456-8100
Fax: (412) 456-8135
Counsel for Fujian Zhangzhou Foreign Trade Co., Ltd., and Haining Wansheng Sofa Co., Ltd.

BRAVERMAN KASKEY, P.C.

By: *<u>/s/ David L. Braverman</u>*
David L. Braverman, Esq.
John E. Kaskey, Esq.
BRAVERMAN KASKEY, P.C.
One Liberty Place, 56th Floor
1650 Market Street
Philadelphia, PA 19103-7334
braver@braverlaw.com
(215) 575-3800
Counsel for World Imports, Ltd.