### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>WORLD IMPORTS, LTD,<br>　　　　Debtor. | Civ. No.:  2:14-cv-04920-PBT |
| FUJIAN ZHANGZHOU FOREIGN TRADE CO., LTD., AND HAINING WANSHENG SOFA CO, LTD.,<br>　　　　Appellants,<br>　-vs-<br>WORLD IMPORTS, LTD.,<br>　　　　Appellee. | Chief Judge Petrese B. Tucker<br><br>Bankruptcy No. 13-15929 |

### SECOND STATUS REPORT

AND NOW, comes Haining Wansheng Sofa Co., Ltd. ("Haining") and Fujian Zhangzhou Foreign Trade Co., Ltd. ("Fujian" and with Haining, "Claimants") and together with World Imports, Ltd. ("Debtor"), submit this Second Status Report, as follows.

1.　The Claimants and Debtor have reached an agreement that resolves the Claimants' objection to confirmation of the Debtor's plan of liquidation, which will result in Claimants sharing *pari passu* with all other administrative claimants under the plan of liquidation.

2.　After setting for the agreement on the record at the hearing to consider confirmation of the Debtor's plan of liquidation, the Bankruptcy Court entered the *Order Confirming Debtors' First Amended Joint Disclosure Statement and Chapter 11 Liquidating Plan of Liquidation* [Bk. Doc. No. 614, Case No. 13-15929-rs] ("Confirmation Order").

3.　The entry of the Confirmation Order that incorporates the agreement between Claimants and Debtor set forth on the record at the confirmation hearing resolves any further appeal of the Opinion and Order of the United States Court of Appeals for the Third Circuit entered in relation to Claimants' appeal of the decision entered by this Honorable Court the above-captioned matter.

Wherefore, World Imports, Ltd., Fujian Zhangzhou Foreign Trade Co., Ltd., and Haining Wansheng Sofa Co., Ltd., respectfully submit the foregoing Second Status Report.

Dated:  October 16, 2017

Respectfully submitted:
BERNSTEIN-BURKLEY, P.C.
By: /s/ Daniel R. Schimizzi
Daniel R. Schimizzi, Esq.
PA I.D.: 311869
dschimizzi@bernsteinlaw.com
Kirk B. Burkley, Esq.
PA I.D.: 89511
kburkley@bernsteinlaw.com
Suite 2200, Gulf Tower
Pittsburgh, PA 15219
(412) 456-8100
Fax: (412) 456-8135
Counsel for Fujian Zhangzhou Foreign Trade Co., Ltd., and Haining Wansheng Sofa Co., Ltd.

BRAVERMAN KASKEY, P.C.

By: */s/ David L. Braverman*
David L. Braverman, Esq.
John E. Kaskey, Esq.
BRAVERMAN KASKEY, P.C.
One Liberty Place, 56th Floor
1650 Market Street
Philadelphia, PA 19103-7334
braver@braverlaw.com
(215) 575-3800
Counsel for World Imports, Ltd.